**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David M. MITCHELL, Defendant–
Appellant.**

No. 99–10438.

D.C. No. CR–98–63–MLS.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 10, 2001.

Decided April 16, 2001.

Before REINHARDT, TASHIMA, and
BERZON, Circuit Judges.

### ORDER

This is a sentencing appeal. Resolution of the primary issue raised[1] may be governed by *United States v. Silver*, 245 F.3d 1075 (9th Cir.2001), a case which was not decided until after the sentence was imposed in this case. We therefore VACATE the sentence and REMAND the case to the district court for resentencing after holding an evidentiary hearing or

such other proceedings as may be required in light of *Silver*.

1. The other issue raised by this appeal also is based on a case, *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), not decided until after the sentence

was imposed in this case. If defendant wishes to continue to pursue this point in light of subsequent case law, *see, e.g., United States v. Hernandez–Guardado*, 228 F.3d 1017, 1027 (9th Cir.2000), he should raise it again in the district court.

